United States District Court
Southern District of Texas
**ENTERED**
May 01, 2019
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| EUGENIO G. GALINDO, M.D. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO.: 7:19-cv-00102 |
| THE TEXAS MEDICAL BOARD, | § | |
| SCOTT M. FRESHOUR, SHARON J. | § | |
| BARNES AND MANUEL "MANNY" | § | |
| QUINONES, JR., M.D. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS

Plaintiff EUGENIO G. GALINDO, M.D. and Defendants THE TEXAS MEDICAL BOARD, SCOTT M. FRESHOUR, SHARON J. BARNES and MANUEL "MANNY" QUINONES, JR., M.D., have stipulated and agreed, pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), that all claims in the above captioned action as to all Defendants are dismissed without prejudice, with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same.

Accordingly, it is hereby ORDERED that all claims in the above captioned action as to all Defendants are dismissed without prejudice, with all attorneys' fees, costs of court and expenses to be borne by each party incurring same.

DONE AND ORDERED, at McAllen, Texas, this 1st day of May, 2019.

_____
Honorable Ricardo Hinojosa
United States District Court Judge

BCC:TMB-GAL6\Federal